**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No.  5:02-cr-23-Oc-10GRJ**

**MITCHELL SESSLER**
_____/

**REVOCATION OF SUPERVISED RELEASE AND**
**JUDGMENT AND COMMITMENT**

This matter is before the Court on the Petition on Probation and Supervised Release, filed on October 4, 2005.  On August 23, 2006, the Court conducted a hearing on the matter at which defendant appeared with Rick Carey and the government was represented by Dale R. Campion, Assistant United States Attorney.

After being personally addressed by the Court and being called upon to respond to the allegations of the Petition, the Petitioner did not deny those allegations.  The Court therefore found that each of the violations of the defendant's terms of supervised release as alleged in the Petition had been established in fact and that legal cause existed to revoke the defendant's period of supervised release.

Accordingly, upon due consideration, it is

**ORDERED AND ADJUDGED:**

1.      That defendant's SUPERVISED RELEASE is revoked;

2.      That defendant is committed to the custody of the United States Bureau of Prisons for a term of four (4) months;

3.      No additional term of supervised release will be imposed; and

4.      Defendant is remanded to the custody of the U.S. Marshal.

**DONE AND ORDERED** at Ocala, Florida this 24th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record
              United States Marshal
              United States Probation Office
              U.S. Pretrial Services Office
              Mitchell Sessler c/o Counsel